```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| GLASS MANAGEMENT SERVICES, INC. | ) | CASE NO. 4:09-CV-01653 |
| | ) | |
| Plaintiff | ) | JUDGE DOWD |
| vs. | ) | |
| | ) | <u>CORPORATE DISCLOSURE</u> |
| HORSEHEAD CORPORATION | ) | <u>STATEMENT</u> |
| | ) | |
| Defendant | ) | |

Pursuant to the Corporate Disclosure Statement provisions of Local Civil Rule 3.13 and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary, and other affiliate corporations and listing any publicly held company that owns 10% or more of its stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Plaintiff Glass Management Services, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____ Yes                    ___X___ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party.   N/A

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_____ Yes              \_\_\_\_X\_\_\_\_ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A

  s/ Marshall D. Buck            September 3, 2009
Attorney for Plaintiff