# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GLASS MANAGEMENT SERVICES, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO: 4:09-cv-1653 |
| | : | |
| v. | : | |
| | : | *District Judge David D. Dowd, Jr.* |
| HORSEHEAD CORPORATION | : | *Magistrate Judge George J. Limbert* |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to the Case Management Conference Scheduling Order dated August 26, 2009, the undersigned certifies that a copy of Defendant Horsehead Corporation's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) was served electronically upon Plaintiff Glass Management Services, Inc. on September 28, 2009.

Dated:  September 28, 2009

Respectfully Submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:   s/ Gretchen L. Jankowski
Gretchen L. Jankowski, Esquire (#0077537)
One Oxford Centre, 20th floor
301 Grant Street
Pittsburgh, PA  15219-1410
Phone: (412) 562-8800
Facsimile: (412) 562-1041
Gretchen.jankowski@bipc.com

*Attorneys for Defendant Horsehead Corporation*